**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| Alteon | : | Civil Action No. 04-6024 (KSH) |
| Plaintiff (s) | : | |
| vs. | | |
| | : | ORDER OF DISMISSAL |
| Advanced Biologics | | |
| Defendant(s) | : | |

It has been reported to the Court that the above-captioned matter has been settled, therefore,

It is on this 29th day of November 2005,

**ORDERED** that this action is hereby dismissed without prejudice and without costs, subject to the right of the parties upon good cause shown within 60 days, to reopen the action if the settlement is not consummated. The terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over the settlement agreement to enforce its terms.

/s/ Katharine S. Hayden
KATHARINE S. HAYDEN          U.S.D.J.

cc:
    File
    Magistrate Judge Shwartz